# United States District Court
# For The Western District of North Carolina
# Asheville Division

GEORGE W. BLACKWELL,

    Plaintiff(s),

vs.

BOYD BENNETT, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:08CV526-MU-02

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/08/09 Order.

October 8, 2009

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk